UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINCY THOMAS,<br><br>           Plaintiff,<br><br>    vs.<br><br>REYNA, et al.,<br><br>           Defendants. | **No. 1:19-cv-01217-DAD-GSA-PC**<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41**<br>**(ECF No. 63.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

Plaintiff, Robert Quincy Thomas, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 4, 2019. (ECF No. 1.) This case now proceeds with the original Complaint against defendants Correctional Officer (C/O) L. Reyna, C/O M. Podsakoff, C/O P. Vellido, C/O J. Centeno-Lopez[1], Sergeant (Sgt.) N. Huerta (collectively, "Defendants"), for use of excessive force in violation of the Eighth Amendment. (Id.)

On June 13, 2022, a stipulation for voluntary dismissal with prejudice was filed with the court containing the signatures of Plaintiff and counsel for Defendants. (ECF No. 63.) The stipulation states that Plaintiff Robert Quincy Thomas and Defendants Podsakoff, Huerta, Reyna, Vellido, and Centeno-Lopez have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

---

[1] Sued as Centeno.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on June 13, 2022 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice. The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case is dismissed with prejudice under Rule 41; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 14, 2022**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE